**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | |
|---|---|
| **JIMMIE L. WILSON** | **PLAINTIFF** |
| **VS.** | **2:06-CV-00132-WRW** |
| **STATE OF ARKANSAS, et al.** | **DEFENDANTS** |

**ORDER**

Defendants' Motion to Compel Responses to Interrogatories and Requests for Production of Documents and to Deem Request for Admissions Admitted (Doc. No. 36) is DENIED in PART and MOOT in PART. Since it appears that Plaintiff has now replied, albeit tardy, to Defendants' discovery requests, the motion is MOOT on that issue. The Motion is DENIED, to the extent that Defendant wants the tardy responses to request for admissions deemed admitted.

Also pending is Defendants' Motion to Strike Plaintiff's Expert Witness and Exclude Testimony and Evidence (Doc. No. 40). Plaintiff has not responded and the time for doing so has passed. Since Plaintiff failed to timely disclose his expert and, still, has not provided an expert report, Defendants' Motion to Strike Plaintiff's Expert Witness and Exclude Testimony and Evidence is GRANTED.

IT IS SO ORDERED this 7th day of December, 2007 (Pearl Harbor Day).

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE