**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JIMMIE WILSON**                                                                 **PLAINTIFF**

**v.**                               **2:06CV00132-WRW**

**MIKE HUCKABEE, GOVERNER & CHIEF
EXECUTIVE OFFICER OF THE STATE OF
ARKANSAS, AS A SOVEREIGNTY IN HIS
OFFICIAL CAPACITY, AND IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY
AS A MEMBER OF THE STATE BOARD OF
APPORTIONMENT,** *et al.*                                          **DEFENDANTS**

<u>**JUDGMENT**</u>

Based on an Order entered this date granting Defendants' Motion for Summary

Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 8th day of February, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE